FILED
MAY 21 2018
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GREGORY LEE LASSITER (#1263655),

    Petitioner,

v.                        ACTION NO. 2:18cv44

HAROLD W. CLARKE, Director,
Virginia Department of Corrections,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of petitioner's constitutional rights pertaining to his convictions in 2016 in Suffolk Circuit Court for robbery, identity theft and credit card theft. As a result of the convictions, petitioner was sentenced to serve 50 years in prison, with 32 years suspended, leaving an active prison term of 18 years to serve.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed April 18, 2018, recommends dismissal of the petition without prejudice to permit exhaustion of an unexhausted claim. The Report and Recommendation advised Petitioner of his right to object and the time limit for doing so. The court has received no objections,

and the time for filing objections has now expired.

Accordingly, the court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed April 18, 2018, and it is therefore ORDERED that Respondent's Motion to Dismiss (ECF No. 10) be GRANTED, and that the petition (ECF No. 1) be DENIED and DISMISSED without prejudice.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk is directed to mail a copy of this Final Order to Petitioner and provide an electronic copy of the Final Order to counsel of record for Respondent.

/s/
MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
May 21, 2018